# Exhibit B







CTeW9B8UsAA6TOa.jpg (JPEG Image, 600 × 600 pixels)   https://pbs.twimg.com/media/CTeW9B8UsAA6TOa.jpg











Case 2:16-cv-00200-TJH-RAO    Document 1-2    Filed 01/11/16    Page 10 of 51    Page ID #:20



CTYiHxFUkAAidf7.jpg (JPEG Image, 600 × 600 pixels)

https://pbs.twimg.com/media/CTYiHxFUkAAidf7.jpg

















Case 2:16-cv-00200-TJH-RAO   Document 1-2   Filed 01/11/16   Page 19 of 51   Page ID #:29









Case 2:16-cv-00200-TJH-RAO   Document 1-2   Filed 01/11/16   Page 23 of 51   Page ID #:33



Case 2:16-cv-00200-TJH-RAO    Document 1-2    Filed 01/11/16    Page 24 of 51    Page ID #:34



Case 2:16-cv-00200-TJH-RAO   Document 1-2   Filed 01/11/16   Page 25 of 51   Page ID #:35















Case 2:16-cv-00200-TJH-RAO    Document 1-2    Filed 01/11/16    Page 32 of 51    Page ID #:42





Case 2:16-cv-00200-TJH-RAO   Document 1-2   Filed 01/11/16   Page 34 of 51   Page ID #:44











Case 2:16-cv-00200-TJH-RAO   Document 1-2   Filed 01/11/16   Page 39 of 51   Page ID #:49























Case 2:16-cv-00200-TJH-RAO    Document 1-2    Filed 01/11/16    Page 50 of 51    Page ID #:60



