# Exhibit C

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement G**
**Date:** November 18, 2015 at 12:52:06 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:
The infringed work at issue is an image that appears on the following
link(s):https://twitter.com/smaqwise/status/664128217163296768
https://pbs.twimg.com/media/CTd1F09UcAAWsoi.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

|  |
|  |  |  |  |  |  |  |
| Red Lips And Microphone by The Vault - Jennifer Rondin...Red Lips And Microphone by The Vault -
Jennifer Rondinelli Reilly |
|  |
| View on fineartamerica.com | Preview by Yahoo |
|  |
|  |


This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright
Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately
remove the specified posting and prevent the infringer, who is identified by its web address, from posting
the infringing photograph to your servers in the future. Please be advised that law requires you to
"expeditiously remove or disable access to" the infringing photograph upon receiving this notice.
Noncompliance may result in a loss of immunity for liability under the DMCA. I have a good faith belief
that use of the material in the manner complained of here is not authorized by me, the copyright holder,
or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty
of perjury that I am the copyright holder. Please send me at the address noted below a prompt response
indicating the actions you have taken to resolve this matter.
Sincerely,Jennifer Rondinelli Reilly1919 Swartz DriveWaukesha,WI 53188414-915-7601email:
thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement A**
**Date:** November 18, 2015 at 10:33:59 AM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA- Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/CoachTev/status/664269094087061504
https://pbs.twimg.com/media/CTf1N_XUkAAzu0v.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault - Jennifer Rondin...

Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,
Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA- Notice of Copyright Infringement Z**
**Date:** November 18, 2015 at 1:34:59 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA- Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTPJ/status/663226492818620416
https://pbs.twimg.com/media/CTRA-n1UsAEwhqb.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,
Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement M**
**Date:** November 18, 2015 at 1:06:57 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/untBSU/status/663817917377572864
https://pbs.twimg.com/media/CTZa4D5UsAARUob.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly

View on **fineartamerica.com**        Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement F**
**Date:** November 18, 2015 at 12:48:32 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/TWU_ASO/status/664162269807316992
https://pbs.twimg.com/media/CTeUECdUkAER-ad.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault - Jennifer Rondin...
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement S**
**Date:** November 18, 2015 at 1:18:54 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/Rho_Delta1920/status/663768249515966464
https://pbs.twimg.com/media/CTYts3dUAAABkCm.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault - Jennifer Rondin...

Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement L**
**Date:** November 18, 2015 at 1:05:01 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/Liv_NoPope/status/663981048540168192
https://pbs.twimg.com/media/CTbvPiqWEAAdPrk.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly

View on **fineartamerica.com**        Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA- Notice of Copyright Infringement Y**
**Date:** November 18, 2015 at 1:32:46 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA- Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTPJ/status/663440550578683904
https://pbs.twimg.com/media/CTUDqXEVAAA5Ljs.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault - Jennifer Rondin...
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly
View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement R**
**Date:** November 18, 2015 at 1:16:59 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/NorthTexasBIGS/status/663784655791919104
https://pbs.twimg.com/media/CTY8n26UsAECT7v.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault - Jennifer Rondin...

Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement E**
**Date:** November 18, 2015 at 12:44:02 PM CST
**To:** "copyright@twitter.com" < copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTPJ/status/664162848923234304
https://pbs.twimg.com/media/CTeUly4U8AAkYio.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault - Jennifer Rondin...
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly
View on **fineartamerica.com**          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA- Notice of Copyright Infringement X**
**Date:** November 18, 2015 at 1:30:39 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA- Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTPJ/status/663738810883141632
https://pbs.twimg.com/media/CTYS7jKUsAAi18b.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault - Jennifer Rondin...

Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement K**
**Date:** November 18, 2015 at 1:01:32 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTPJ/status/664088863653031937
https://pbs.twimg.com/media/CTdRTVbUYAIIh7P.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement D**
**Date:** November 18, 2015 at 12:41:20 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTPJ/status/664163128423268352
https://pbs.twimg.com/media/CTeU2HtUcAAyqjg.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly
View on **fineartamerica.com**          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement Q**
**Date:** November 18, 2015 at 1:15:03 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:
The infringed work at issue is an image that appears on the following
link(s):https://twitter.com/ChannelOneZero/status/663786541102325761
https://pbs.twimg.com/media/CTY-VseWoAEQe9L.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

|  |
|  |  |  |  |  |  |  |
| Red Lips And Microphone by The Vault - Jennifer Rondin...Red Lips And Microphone by The Vault -
Jennifer Rondinelli Reilly |
|  |
| View on fineartamerica.com | Preview by Yahoo |
|  |
|  |


This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright
Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately
remove the specified posting and prevent the infringer, who is identified by its web address, from posting
the infringing photograph to your servers in the future. Please be advised that law requires you to
"expeditiously remove or disable access to" the infringing photograph upon receiving this notice.
Noncompliance may result in a loss of immunity for liability under the DMCA. I have a good faith belief
that use of the material in the manner complained of here is not authorized by me, the copyright holder,
or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty
of perjury that I am the copyright holder. Please send me at the address noted below a prompt response
indicating the actions you have taken to resolve this matter.
Sincerely,Jennifer Rondinelli Reilly1919 Swartz DriveWaukesha,WI 53188414-915-7601email:
thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement J**
**Date:** November 18, 2015 at 12:58:59 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTPJ/status/664089346086060032
https://pbs.twimg.com/media/CTdRvV-UcAAmuQI.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault - Jennifer Rondin...
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

View on **fineartamerica.com**          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement W**
**Date:** November 18, 2015 at 1:27:28 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTPJ/status/663738969037778946
https://pbs.twimg.com/media/CTYTExPU8AAhgpb.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault - Jennifer Rondin...
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement P**
**Date:** November 18, 2015 at 1:13:03 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTPJ/status/663799682087325696

https://pbs.twimg.com/media/CTZKSv3UEAAWKyC.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

 Red Lips And Microphone by The Vault - Jennifer Rondin...
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement C**
**Date:** November 18, 2015 at 12:36:48 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTABSE/status/664166225447010304
https://pbs.twimg.com/media/CTeXo7QUkAAvqgr.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement B**
**Date:** November 18, 2015 at 10:39:52 AM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA- Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/RukaTrue_/status/664240499637616640
https://pbs.twimg.com/media/CTaiQyhU8AA5Y5x.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault - Jennifer Rondin...
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement V**
**Date:** November 18, 2015 at 1:25:37 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTPJ/status/663743206174035968
https://pbs.twimg.com/media/CTYW7X1UwAECK-D.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly


Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly

View on fineartamerica.com        Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,
Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA- Notice of Copyright Infringement BB**
**Date:** November 18, 2015 at 2:10:57 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA- Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/potilllo/status/664165448729014272
https://pbs.twimg.com/media/CTeW9B8UsAA6TOa.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement I**
**Date:** November 18, 2015 at 12:57:20 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/CeeLEADSuFOLLOW/status/664092838565580800
https://pbs.twimg.com/media/CTdU6tBUwAIJO20.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly

View on **fineartamerica.com**          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement H**
**Date:** November 18, 2015 at 12:54:15 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTPJ/status/664093620291567616
https://pbs.twimg.com/media/CTdVoNHVAAAZO1F.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault - Jennifer Rondin...
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly

View on **fineartamerica.com**          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly

1919 Swartz Drive

Waukesha,WI 53188

414-915-7601

email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA- Notice of Copyright Infringement U**
**Date:** November 18, 2015 at 1:23:56 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA- Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNT_ASO/status/663755516812750848
https://pbs.twimg.com/media/CTYiHxFUkAAidf7.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly

View on fineartamerica.com        Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement O**
**Date:** November 18, 2015 at 1:11:24 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNT_NAACP/status/663803361628545024
https://pbs.twimg.com/media/CTZNo6tUYAAdey1.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault - Jennifer Rondin...
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly
View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,
Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement N**
**Date:** November 18, 2015 at 1:08:44 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/smaqwise/status/663816780406624256
https://pbs.twimg.com/media/CTZZ1wAVAAAzuHf.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly

View on **fineartamerica.com**          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,
Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA- Notice of Copyright Infringement AA**
**Date:** November 18, 2015 at 2:08:23 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA- Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/UNTCSA/status/663743246166700032
https://pbs.twimg.com/media/CTYW9p6VAAEFPrZ.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly

View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,

Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com

**From:** Jen Reilly <thephotographyfanatic@yahoo.com>
**Subject: DMCA - Notice of Copyright Infringement T**
**Date:** November 18, 2015 at 1:20:54 PM CST
**To:** "copyright@twitter.com" <copyright@twitter.com>
**Reply-To:** Jen Reilly <thephotographyfanatic@yahoo.com>

DMCA - Notice of Copyright Infringement:

The infringed work at issue is an image that appears on the following link(s):
https://twitter.com/Destructive_DK/status/663773192863944704
https://pbs.twimg.com/media/CTYyM4UUYAAxctw.jpg

I am the copyright owner of the photo and it appears on my web site at this address:
Red Lips And Microphone by The Vault - Jennifer Rondinelli Reilly



Red Lips And Microphone by The Vault
- Jennifer Rondin...
Red Lips And Microphone by The Vault
- Jennifer Rondinelli Reilly
View on fineartamerica.com          Preview by Yahoo

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. I request that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting the infringing photograph to your servers in the future. Please be advised that law requires you to "expeditiously remove or disable access to" the infringing photograph upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,
Jennifer Rondinelli Reilly
1919 Swartz Drive
Waukesha,WI 53188
414-915-7601
email: thephotographyfanatic@yahoo.com